THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COLUMBO SAGGESE, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL BILANCHUK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of UNITED AIR LINES, INC., Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See post, p. 1019.]

HANNAH GALEWITZ, Respondent, v. GEORGE GREEN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SAUTER, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of DOROTHY S. LINDSAY, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [13 E. 94th St., Borough of Manhattan.] — Order unanimously reversed, with costs to the appellants, and the assessments reinstated. The two sales of the property and the sales of similar property in the vicinity justify the assessments made by the city. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property on Sheridan Avenue Required for PUBLIC SCHOOL No. 88, in the Borough of The Bronx. SHERICON CORPORATION, Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

MILBURN ASSOCIATES, INC., Respondent, v. M. SARAGA, INC., Appellant, et al., Defendants.— Order reversed, with $20 costs and disbursements to defendant-appellant, and the motion for summary judgment granted. The record discloses the existence of a joint venture and some amount due. The opposing affidavit submitted by the plaintiff fails to establish any triable issue with respect thereto. The defendant is entitled to judgment on his counterclaim for an accounting. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.; Cohn, J., dis-